1   ANGELA ALIOTO, (SBN 130328)
    STEVEN L. ROBINSON, (SBN 116146)
2   ANGELA MIA VERONESE,(SBN No. 269942)
    **LAW OFFICES OF JOSEPH L. ALIOTO**
3   **AND ANGELA ALIOTO**
    700 Montgomery Street
4   San Francisco, CA  94111
    Telephone: (415) 434-8700
5   Facsimile: (415) 438-4638

6

7   Attorneys for Plaintiffs

8

**IT IS SO ORDERED**

Judge Edward J. Davila

DATED: 7/21/2015

9            UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12

13   JOYCE WALKER, LISANDRA              ) CASE NO.  14-CV-04930-EJD (HRL)
     MARQUEZ, PATRICIA WALLS &           )
14   VERONICA CEJA,                      )
                                         ) STIPULATION FOR DISMISSAL WITH
15        Plaintiffs,                    ) PREJUDICE
                                         )
16   vs.                                 )
                                         )
17                                       )
                                         )
18   LAS VENTANAS SURGERY CENTER,        )
     THOMAS ZEWERT,                      )
19                                       )
          Defendants.                    )
20                                       )
                                         )
21   _____)

22       The parties stipulate to dismissal of this lawsuit with prejudice as provided in Rule 41 of

23   the Federal Rules of Civil Procedure as follows:

24   1.   Plaintiffs Joyce Walker, Lisandra Marquez, Patricia Walls and Veronica Ceja and

25        Defendants Las Ventanas Surgery Center and Thomas Zewert have resolved the

26        disputes between them;

27

28

2.   As part of that resolution, the Plaintiffs agree to dismiss with prejudice all claims against the Defendants; and

3.   The parties have agreed on an allocation of costs and attorneys' fees.

THEREFORE, the parties request that the Court sign an Order dismissing with prejudice the Plaintiffs' claims against the Defendants with each party bearing costs and attorneys' fees as agreed among the parties.   The Clerk shall close this file.

Date: July 20, 2015

THE LAW OFFICES OF JOSEPH L. ALIOTO & ANGELA ALIOTO

Steven L. Robinson
Attorneys for Plaintiffs

Date: July 20, 2015

LITTLER MENDELSON, P.C.

Michael W. Warren
Michael E. Harvey
Attorneys for Defendants